UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CYNTHIA BULL, ADMINISTRATIX OF THE ESTATE OF ROBERT H. INGALSBE, V.,

                        Plaintiff,

            -against-

ERIE COUNTY SHERIFF TIMOTHY B. HOWARD, et al.,

                        Defendants.

**Affidavit of Service**

Index No.: 1:22-cv-00766-LJV

---

STATE OF NEW YORK    )
                              )SS.:
COUNTY OF ALBANY    )

      **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in the state of New York;

      On November 18, 2022 at 2:25 p.m. I served a SUMMONS; COMPLAINT JURY TRIAL DEMANDED; STIPULATED SETTLEMENT AGREEMENT AND ORDER CONCERNING SUICIDE PREVENTION AND RELATED MENTAL HEALTH ISSUES; APPENDIX A, upon SHC SERVICES, INC., personally delivering to and leaving with NANCY DOUGHERTY, a white female approximately 55 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to §306 of the Business Corporation Law of the State of New York. .

      That deponent personally knew said NANCY DOUGHERTY to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

                                                       Austin Taylor

Sworn before me this
21st day of November, 2022

Notary Public – State of New York

**CHRISTOPHER E. NEUMEISTER**
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires September 28, 2024