| United States District Court | Penberthy Law Group, LLP |
| --- | --- |
| Western District of New York | 227 Niagara St. |
| | Buffalo, NY 14201 |

| | |
| --- | --- |
| CYNTHIA BULL, ADMINISTRATIX OF THE ESTATE OF ROBERT H. INGALSBE, V.<br><br>Plaintiff(s)<br><br>- against -<br><br>ERIE COUNTY SHERIFF TIMOTHY B. HOWARD, ET AL.<br><br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>CORP/BUSINESS ENTITY<br><br>Index #: **1:22-cv-00766-LJV** |

| STATE OF NEW YORK | ) | Our Job #: 7059665 |
| --- | --- | --- |
| | ) ss: | |
| COUNTY OF ERIE | ) | |

**DAVID KOBLER**, being duly sworn, deposes and says: I am over the age of 18 years, not a party to this action, and reside in the State of New York.

On **Wednesday, November 16, 2022** at **1:04 PM** at **10 DELAWARE AVE., BUFFALO, NY 14202**

I served a true copy of the within **SUMMONS; COMPLAINT JURY TRIAL DEMANDED; STIPULATED SETTLEMENT AGREEMENT AND ORDER CONCERNING SUICIDE PREVENTION AND RELATED MENTAL HEALTH ISSUES; APPENDIX A**, bearing Index # **1:22-cv-00766-LJV**

On **DEPARTMENT OF SHERIFF OF ERIE COUNTY CORRECTIONAL HEALTH CARE UNIT** in the following manner:

By personally delivering a true copy of the above described documents to **Mickey P** personally, deponent knew said corporation/business entity served to be the corporation/business entity described therein, and knew said individual to be the **Secretary to the sheriff.** thereof and authorized to accept the service of process.

On **11/17/2022**, I completed service by mailing a true copy of the documents in a sealed postage paid envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof that the communication is from an attorney or concerns an action against the person to be served, properly addressed to Defendant(s) at the said address by USPS First Class Mail.

**Approximate Description of Person The Documents Were Left With:**
Sex: **Female**, Skin/Race: **Light**, Hair Color: **Gray**, Age: **50**, Height: **5ft 10in**, Weight: **140**

**Additional Details:** hostile

**Military Status:** I asked the person served if Defendant(s) was in the military service whatsoever but the pary served did not have knowledge sufficient enough to provide an answer.

Sworn to and subscribed before me on
11/17/2022

Jacqueline L. Balikowski
Commissioner of Deeds
City of Buffalo, State of New York
My Commission Expires 12/31/22

**DAVID KOBLER**
Process Server

**WNY Process Service, LLC**
*Main Office*
1260 Delaware Ave.
Buffalo, NY 14209
Service@WNYProcess.com