UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CYNTHIA BULL, Administratrix of the Estate of
ROBERT H. INGALSBE, V, Deceased,

                              Plaintiff,

vs.

ERIE COUNTY SHERIFF TIMOTHY B. HOWARD, both individually and in his [former] capacity as ERIE COUNTY SHERIFF, THOMAS DIINA, [former] Superintendent of the Jail Management Division of the Erie County Sheriff's Department, ERIE COUNTY SHERIFF'S DEPUTIES JOHN DOES 1-10, ERIE COUNTY SHERIFF'S DEPUTY NICHOLAS MILLIGAN, ERIE COUNTY SHERIFF'S DEPUTY JACOB JANUCHOWSKI, ERIE COUNTY SHERIFF'S DEPUTY CP. ISCH, ERIE COUNTY SHERIFF'S DEPUTY JUSTIN BAUER, ERIE COUNTY SHERIFF'S DEPUTY NICHOLAS A. CONIGLIO, ERIE COUNTY SHERIFF'S DEPUTY JOSEPH FALLETTA, ERIE COUNTY SHERIFF'S DEPUTY JASON SMACZNIAK, ERIE COUNTY SHERIFF'S DEPUTY SLIMAK, DEPARTMENT OF SHERIFF OF ERIE COUNTY CORRECTIONAL HEALTH CARE UNIT, CORRECTIONAL HEALTH CARE UNIT JOHN/JANE DOES 1-10, and SHC SERVICES, INC.,

                              Defendants.

NOTICE OF MOTION TO DISMISS COMPLAINT WITH PREJUDICE

**Case No. 1:22-cv-00766-LJV**

---

### DEFENDANT TMOTHY B. HOWARD'S NOTICE OF MOTION TO DISMISS COMPLAINT

---

**COUNSELOR(S):**

    **PLEASE TAKE NOTICE**, of the following motion:

| | |
|---|---|
| **MOVANT:** | Timothy B. Howard, both individually and in his former capacity as Erie County Sheriff. |
| **OBJECT OF MOTION:** | Motion to dismiss Complaint as against Defendant, Timothy B. Howard, |

1

individually and in his former capacity as Erie County Sheriff, on the ground that there is another, first-filed action pending in the United States District Court for the Western District of New York arising out substantially the same facts and/or claims as does this action.

| | |
|---|---|
| **DATE, TIME, AND PLACE OF HEARING:** | To be determined by the Court. |
| **SUPPORTING PAPERS:** | Affidavit with annexed exhibits of Kenneth R. Kirby, sworn to the 15th day of December, 2022; Affidavit with annexed exhibits of Timothy B. Howard, sworn to the 6th day of December, 2022; Supporting Memorandum of Law, dated December 15, 2022. |
| **GROUNDS FOR RELIEF SOUGHT:** | "First-filed/another action pending" rule.. |
| **ANSWERING/OPPOSING PAPERS:** | To be served in accordance with the Court's Briefing Schedule. |
| **REPLY PAPERS:** | Movant reserves his right, if so advised, to serve and file reply papers. |
| **ORAL ARGUMENT:** | The undersigned will make himself available for oral argument, should the Court wish it. |

**DATED:** Buffalo, New York
December 15, 2022

**Yours, etc.,**

**JEREMY C. TOTH, ESQ.**
Attorney for Timothy B. Howard, Individually and in his former capacity as Erie County Sheriff
By: s/Kenneth R  Kirby
KENNETH R. KIRBY, Ass't. Erie Co. Att'y., of Counsel
Office & P. O. Address:
Erie County Department of Law
95 Franklin Street, Room 1634
Buffalo, New York 14202
Tel: (716)858-2226
Email: Kenneth.kirby@erie.gov

To: : Brittany Lee Penberthy, Esq. of Counsel
**PENBERTHY LAW GROUP LLP**
Attorneys for Plaintiff
<u>Office & P. O. Address</u>:
227 Niagara Street
Buffalo, New York 14201
Tel: (716)803-8402
Email: bpenberthy@penberthylawgroup.com

# CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2022 I electronically filed with the clerk of District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participants at the following (email) addresses:

Brittany Lee Penberthy, Esq., of Counsel
**PENBERTHY LAW GROUP LLP**
Attorney for Plaintiff
**Office & P. O. Address:**
227 Niagara Street
Buffalo, New York 14201
Tel: (716)803-8400
Email: bpenberthy@vandettepenberthy.com,

Dated: Buffalo, New York
       December 15, 2022

                              JEREMY C. TOTH, ESQ.
                              Erie County Attorney,
                              Attorney for Defendant, Timothy B. Howard, Individually and in his former capacity as Erie County Sheriff

                              By:s/Kenneth R. Kirby
                              Kenneth R. Kirby, Esq., of Counsel
                              Assistant County Attorney
                              95 Franklin Street, Suite 1634
                              Buffalo, New York 14202
                              Tel: (716) 858-2226
                              Email; Kenneth.kirby@erie.gov